**UNITED STATES of America,
Petitioner-Appellee,**

v.

**Harry G. SILVERSTEIN, Respondent-
Appellant.**

**No. 470, Docket 29538.**

United States Court of Appeals
Second Circuit.

Argued April 29, 1965.

Decided May 11, 1965.

Stephen Charnas, Asst. U. S. Atty.,
New York City (Robert M. Morgenthau,
U. S. Atty., for the Southern District of
New York, and Laurence Vogel, Asst.
U. S. Atty., New York City, on the brief),
for petitioner-appellee.

Jules Ritholz, New York City (Boris
Kostelanetz and Raymond Rubin, Cor-
coran, Kostelanetz & Gladstone, New
York City, on the brief), for respondent-
appellant.

Before LUMBARD, Chief Judge, and
FRIENDLY and ANDERSON, Circuit
Judges.

PER CURIAM:

We affirm the order of the District
Court for the Southern District of New
York which directed Harry G. Silver-
stein to comply with an Internal Revenue
summons and to produce the book and
records of two real estate syndicates,
Model City B Associates and Model City
C Associates. We agree with the rea-
sons stated by Judge Bryan in his opin-
ion, reported at 237 F.Supp. 446 (1965).
As Judge Bryan pointed out, the real es-
tate syndicates here involved are very
similar to the real estate syndicates in-
volved in the earlier case of United
States v. Silverstein, 210 F.Supp. 401
(1962), aff'd by us, 314 F.2d 789, cert.
denied, 374 U.S. 807, 83 S.Ct. 1696, 10
L.Ed.2d 1031 (1963), where Judge Tyler
directed this same respondent to produce
the records of those syndicates.